UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-MJ-8029-BER

UNITED STATES OF AMERICA

v.

RORAEL LOPEZ-GABRIEL,
a/k/a Rocael Lopez-Gabriel,

                    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?  ☐ Yes  ☑ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

MICHAEL S. DAVIS
ACTING UNITED STATES ATTORNEY

BY: _____
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
District Court No.  A5500796
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:  (561) 820-8711
Fax:  (561) 820-8777
Email:  Marc.Osborne@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| RORAEL LOPEZ-GABRIEL, | ) Case No. 25-MJ-8029-BER |
| a/k/a Rocael Lopez-Gabriel, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 18, 2025 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry after removal. |

FILED BY **TM** D.C.

Jan 22, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, HSI Task Force Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: January 22, 2025

_____
Judge's signature

City and state: West Palm Beach, FL      Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Rorael LOPEZ-GABRIEL, also known as Rocael LOPEZ-GABRIEL committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 18, 2025, Rorael LOPEZ-GABRIEL was arrested in Palm Beach County, Florida on charges of driving under the influence, and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

1

4.      A review of the immigration records shows that Rorael LOPEZ-GABRIEL is a native and citizen of Guatemala. Records further show that on or about December 2, 2017, Rorael LOPEZ-GABRIEL was ordered removed. The Order of Removal was executed on or about December 20, 2017, whereby Rorael LOPEZ-GABRIEL was removed from the United States and returned to Guatemala.

5.      Rorael LOPEZ-GABRIEL's fingerprints taken in connection with his January 18, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Rorael LOPEZ-GABRIEL.

6.      A record check was performed in the Computer Linked Application Informational Management System to determine if Rorael LOPEZ-GABRIEL filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Rorael LOPEZ-GABRIEL obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7.      Based on the foregoing, I submit that probable cause exists to believe that, on or about January 18, 2025, Rorael LOPEZ-GABRIEL, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the

Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this \_\_22\_\_ day of January 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   RORAEL LOPEZ-GABRIEL, a/k/a Rocael Lopez-Gabriel,

**Case No**:

Count: 1

8 U.S.C. § 1326(a)

Illegal Re-entry after Removal

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.